# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JULIO CESAR LOPEZ-SIERRA (1), <br><br> Defendant. | Criminal Case No. 12CR2545-H <br><br> JUDGMENT AND ORDER OF DISMISSAL |

GOOD CAUSE APPEARING and upon the motion of the United States, IT IS HEREBY ORDERED that the Indictment in the above entitled case against defendant Julio Cesar Lopez-Sierra is **dismissed without prejudice**. The defendant is hereby discharged.

IT IS SO ORDERED.

DATED: December 14, 2012

*Marilyn L. Huff*
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT